**SO ORDERED.**

**SIGNED this 29th day of December, 2006.**

JANICE MILLER KARLIN
UNITED STATES BANKRUPTCY JUDGE

tjr

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

IN RE: CHANELL REA DUDLEY

Debtor(s)

CHAPTER 13
CASE NO.: 05-42571

**ORDER SUSTAINING TRUSTEE'S MOTION TO COMPEL**

The Chapter 13 Trustee's Motion to Compel comes on for consideration. No response to the Motion has been filed. After reviewing the file and hearing the recommendations of the Chapter 13 Trustee, the Court finds the Trustee's Motion should be and hereby is sustained.

**The debtor is hereby compelled to do the following:**

CHANELL REA DUDLEY TO PROVIDE A COPY OF THE 2005 FEDERAL & STATE INCOME TAX RETURNS TO THE CHAPTER 13 TRUSTEE, WITHIN FIFTEEN (15) DAYS OF THIS ORDER.

###

Prepared and Approved by:

s/ - JAN HAMILTON, TRUSTEE

FG172/JR