IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: Channel Dudley
Debtor, CASE NO. 05-42571

**MOTION TO ABATE PAYMENTS**

COMES NOW, Joseph I. Wittman, the Debtor's Attorney and hereby moves the Court for a Order to Abate Payments and in support of the debtor's Motion, states as follows:

1. Debtor needs to abate payments through the month of January, 2007 in the amount of $200.00. February payment will be made by the end of February, 2007.

2. The above abatement is necessary to the success of her plan and is feasible.

3. Joseph I. Wittman, her attorney, is requesting additional fees in the amount of $150.00 to be paid through the debtor's plan for preparation of this motion and representation in this matter.

WHEREFORE, the debtor prays that the Court grant the Motion to Abate Payments with all the provisions as outlined herein above, and for any other relief that is deemed just and equitable under the circumstances.

s/Joseph I. Wittman
Joseph I. Wittman, #10280
112 SW 6th Street - Suite 508
Topeka, KS 66603-3810
(785) 234-3663

**CERTIFICATE OF SERVICE**

I, the undersigned is to certify that on this **23rd Day of February, 2007,** a copy of the foregoing Motion/Application together with a copy of the Notice, was served through the Notice of Electronic Filing for parties and counsel who are filing users or mailed to each of the following persons by first class postage prepaid U.S. Mail: Kansas Gas Service, PO Box 3535, Topeka, KS 66601; Louisiana Amoco, c/o Collection Bureau of Lawrence, PO Box 725, Lawrence, KS 66044; Creditors Service Bureau, 3410 SW Van Buren, PO Box 5009, Topeka, KS 66605; Dillons Companies, c/o Bibler & Newman, PA, PO Box 47068, Wichita, KS 67201; Rubber Workers Credit Union, c/o Thomas Valentine, 112 W. 7th, Suite 200, Topeka, KS 66603; Smart Rent to Own, PO Box 33, Nemo, SD 57759; Shawnee Co. Health Agency, 1615 SW 8th, Topeka, KS 66606; Newman, Reynolds & Riffel, PA, PO Box 5597, Topeka, KS 66605; USD 501, c/o Newman, Reynolds & Riffel, PO Box 5597, Topeka, KS 66605; Credit Union One of Kansas, 610 W. 10th St., PO Box 1128, Topeka, KS 66601; KDOR, PO Box 12005, Topeka, KS 66612; Hummer Markets, c/o Kent Hollins, 3615 SW 29th, Topeka, KS 66604; and Channel Dudley, 566 Mount Gillead Drive, Fayetteville, NC 28314.

s/ Joseph I. Wittman
Joseph I. Wittman